NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

KENDERRICK DESHAWN McCLAIN,       )
                                  )
          Appellant,              )
                                  )
v.                                )      Case No. 2D18-422
                                  )
STATE OF FLORIDA,                 )
                                  )
          Appellee.               )
_____   )

Opinion filed May 10, 2019.

Appeal from the Circuit Court for Polk
County; J. Kevin Abdoney, Judge.

Howard L. Dimmig, II, Public Defender,
and Lisa Lott, Assistant Public Defender,
Bartow, for Appellant.


PER CURIAM.


          Affirmed.


NORTHCUTT, SILBERMAN, and ROTHSTEIN-YOUAKIM, JJ., Concur.